UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 13-1774

EMILY C. KROLL,

    Plaintiff - Appellant,

v.

WHITE LAKE AMBULANCE AUTHORITY,

    Defendant - Appellee.

**FILED**
*Aug 19, 2014*
DEBORAH S. HUNT, Clerk

Before: MOORE, SUTTON, and DONALD, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk